**UNITED STATES DISTRICT COURT**
DISTRICT OF HAWAII
300 ALA MOANA BOULEVARD, ROOM C-409
HONOLULU, HAWAII 96850-0409

SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE

TELEPHONE
(808) 541-1720
FACSIMILE
(808) 541-1724

August 9, 2006

Mr. Donald Ramil, Jr./95024-022
Federal Correctional Institution-Lompoc
3600 Guard Road
Lompoc, California 93436

      Re:    <u>United States of America v. Donald Ramil, Jr.; Cr. 03-00494 SOM</u>

Dear Mr. Ramil:

      I have reviewed your letter dated August 3, 2006, in which you ask me to convert part of your sentence to home detention. Such a conversion would be a change in your sentence, and I am without jurisdiction to change your sentence.

      Very truly yours,

      Susan Oki Mollway
      United States District Judge

cc: Clifford B. Hunt
    Chris A. Thomas