Criminal #03-494

Judge MALLWAY,                                                8-3-06

I WANTED to write AND SAY THANK YOU FOR TAKING the time to READ MY LeHer, I understand that you CAN'T CHANGE my sentence But if theirs anyother way I CAN MAYBE Get Concitered to Home detention Due to over Crowding in the B.O.P SYSTEM. I'm willing to pay what I HAVE to, I'll BE going back to work with the Same COMPANY. I was a good person when out on pretrial and I am keeping a clear Conduct doing what I have to, I did some programs Like I told You Before 40 hr and non-Resid. DRug classes, parenting classes. I am a good father to my kid and I Just Got Caught up in the wrong mess. So if You think theirs away to get Back with my family I'll gladly appreciate it. IF YOU CAN RECONSIDER SOME JAil time and Some Home Confinement time it will Be good for me and my KIDS, if theres away can You SEE what you can Do. I Hope You CAN do something for me because I REALLY am a good person AND I am Not a Bad person. Hope to Here from you Soon.

THANK YOU

DONALD E. CAMIL Jr
FCI LOMPOC
3600 GUARD ROAD
Lompoc, CA 93436

RECEIVED



SANTA BARBARA
CA 931 2 L
04 AUG 2006 PM

NAME DONALD RAMIL JR
REG# 96024-022

FEDERAL CORRECTIONAL INSTITUTION
3600 GUARD ROAD
LOMPOC CA 93436

c/o SUSAN OKI MALLWAY
United States District Court
District of Honolulu

300 ALA MOANA BLVD RM C-409
Honolulu, HI 96850